# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JACLYN D. WOLFE

VERSUS

ZURICH AMERICAN INSURANCE
COMPANY, ROBERT D. KELLY,
JR., GENSOUTH, AND MHC
REFRIGERATION SERVICES, INC.

NO. 2026 CW 0595

JULY 8, 2026

---

In Re:   Zurich American Insurance Company, Robert D. Kelly, Jr.,
         Gensouth, and MHC Refrigeration Services, Inc., applying
         for supervisory writs, 21st Judicial District Court,
         Parish of Tangipahoa, No. 20220000504.

---

BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.

   **WRIT NOT CONSIDERED.**  The writ application failed to include
a copy of all attachments to the opposition filed with the district
court in violation of Uniform Rules of Louisiana Courts of Appeal,
Rules 4-5(C)(9).

   Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein, and must comply with Uniform Rules
of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before July 27, 2026, and must contain a copy
of this ruling.

                         PMc
                         TPS
                         BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT